UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: PARAGARD IUD PRODUCTS LIABILITY LITIGATION<br><br>This document relates to<br><br>TEMIKA WILKES<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>TEVA PHARMACEUTICALS USA, INC., et al<br><br>　　　　　Defendants. | MDL DOCKET NO. 2974<br>1:20-md-2974-MDL<br><br><br><br><br>CIVIL ACTION FILE<br>NO. 1:23-cv-00139-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Defendants' MOTION for Summary Judgment, and the court having GRANTED said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 20th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER CLERK
　　　　　　　　　　　　　　　　　　　　　OF COURT

　　　　　　　　　　　　　　　　　By:　s/Courtney Pollard
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered in
the Clerk's Office
March 20, 2025
Kevin P. Weimer Clerk
of Court

By: s/Courtney Pollard
　　　Deputy Clerk